IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:18-cv-422-LCB-JEP

| | |
|---|---|
| WILLIAM D. WATSON and WADE MOORE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| LFR MANAGEMENT, LLC a/k/a LEAVINE FAMILY RACING | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs William D. Watson and Wade Moore and Defendant LFR Management LLC a/k/a Leavine Family Racing, by counsel, stipulate and agree to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Philip J. Gibbons, Jr. | /s/ Brian L. Church |
| Philip J. Gibbons, Jr., NCSB #50276 | Brian L Church, NCSB #39581 |
| | |
| GIBBONS LEIS, PLLC | ROBINSON BRADSHAW & HINSON, P.A. |
| 14045 Ballantyne Corp. Pl., Ste 325 | 101 North Tryon Street, Ste. 1900 |
| Charlotte, North Carolina 28277 | Charlotte, NC 28246 |
| Telephone: (704) 612-0038 | Telephone: (704) 377-2536 |
| | |
| E-Mail: phil@gibbonsleis.com | E-Mail: bchurch@robinsonbradshaw.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

# CERTIFICATE OF SERVICE

This is to certify that on October 1, 2018 a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Brian Lee Church
bchurch@rbh.com

Travis S. Hinman
thinman@robinsonbradshaw.com

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276